**STATE of Missouri, Respondent,**

v.

**Roland B. MILLER, Jr., Appellant.**

### No. WD 39208.

Missouri Court of Appeals,
Western District.

March 29, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1988.

Application to Transfer Denied
June 14, 1988.

Roland B. Miller, Jr., pro se.

Victor Peters, Pros. Atty., Platte City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

---

ORDER

PER CURIAM:

Appeal from conviction of supplying intoxicating liquor to a person under twenty-one years of age, § 311.310, R.S.Mo., 1986.

Affirmed. Rule 30.25(b).